```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
OCT 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

10409 Redwood Blvd.
California City, California
93505

1117 Pinot Noir Street
Los Banos, California

9024 Evelyn Avenue
California City, California
93505

2520 Floyd Avenue
Modesto, California
95355

1:08-sw-00256-GSA
1:08-sw-00257-GSA
1:08-sw-00258-GSA
1:08-sw-00259-GSA

ORDER TO UNSEAL SEARCH
WARRANT AND AFFIDAVIT,
APPLICATION TO SEAL,
MEMORANDUM OF POINTS AND
AUTHORITRIES AND THE
ACCOMPANYING ACCOMPANYING
DECLARATION OF KIMBERLY A.
SANCHEZ

The Search Warrant Application and Affidavit and Supporting Memorandum in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Search Warrant Application and Affidavit and Supporting Memorandum be unsealed and made public record.

DATED: 10/21/08

_____
Sandra M. Snyder
U.S. Magistrate Judge